

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2021

No. 04-21-00369-CV

**IN THE INTEREST OF L.L.B, J.A.B, J.A.B, A.J.B., AND B.B.L., CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01007
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal from a final order terminating the appellants' parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* Tex. R. Jud. Admin. 6.2.

Appellant J.B. has filed a motion for an extension of time to file his brief. The motion is GRANTED. Appellant J.B.'s brief is due on or before **November 22, 2021**. However, given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2021.

_____
Michael A. Cruz,
Clerk of Court